No. 595. LINDERHOLM v. KANSAS. January 30, 1939. Petition for writ of certiorari to the Supreme Court of Kansas, and motion for leave to proceed further *in forma*

*pauperis,* denied. *Justus B. Linderholm, pro se.* No appearance for respondent.